STATE OF NEW JERSEY v. JUAN MORALES CASTRO.

February 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. CATHERINE E. BULL.

February 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. HENRY MOLKA.

March 12, 1974. Petition for certification denied.

ALDEN CHRIST v. KELLER LADDER COMPANY.

March 12, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ROSE LEE BARNES.

March 12, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY McCRAY.

March 12, 1974. Petition for certification denied.